# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Lummus Corporation | : |
| | : |
| | : C.A. No. _____ |
| Plaintiff, | : |
| | : |
| v. | : |
| | : |
| TFII Legacy, LLC f/k/a | : |
| Carter Control Systems, L.L.C. | : |
| | : |
| Defendant. | : |
| | : |

## DEFENDANT'S NOTICE OF REMOVAL

Defendant TFII Legacy, LLC f/k/a Carter Control Systems, L.L.C. (Legacy) files this notice of removal under 28 U.S.C. § 1441 and 1446 due to the complete diversity of citizenship among the parties.

## INTRODUCTION

1.  Lummus Corporation filed a lawsuit against Legacy in the Court of Chancery of the State of Delaware; the case was assigned to Judge Morgan T. Zurn under CA No. 2018-0737-MTZ. The original verified complaint (redacted) is attached as Exhibit A.

2.  Legacy's notice of removal is timely under 28 U.S.C. §1446(b).

3.  Venue is proper in the United States District Courts for the State of Delaware under 28 U.S.C. §1441(a) because the state court where the case has

been pending is located in this district.

4.  Legacy will promptly file a copy of this notice of removal with the clerk of the state court where the case has been pending.

## BASIS FOR REMOVAL

5.  Jurisdiction for the removal of this action exists under 28 U.S.C. §1332. By virtue of the citizenship of its members (and the general partner of one of its members), Legacy is a citizen of Texas and Maryland, but not Delaware. Legacy has two members, an individual who resides in Maryland and is a citizen of Maryland, and not Delaware, and Tulcan Fund II, L.P, a limited partnership. Exhibit B (Affidavit Louis M. Girard).

6.  Louis M. Girard is the sole general partner of Tulcan Fund II, L.P. He resides in Texas and is a citizen of Texas. Exhibit B. None of the other partners in Tulcan Fund II, L.P. reside in Delaware or are citizens of Delaware. Exhibit B.

7.  Lummus alleges that it is a corporation organized under the laws of the State of Delaware with its principal place of business in Georgia, making Lummus a Georgia citizen. Accordingly, there is complete diversity of citizenship. The amount in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, as shown from the face of the Plaintiff's verified complaint.

8.  On October 12, 2018, Lummus sued Legacy in state court in

Delaware. Lummus asserted state court actions for breach of contract and declaratory judgment relating to its claims that Legacy breached the terms of the Stock Purchase Agreement between them.

9. Legacy as the sole defendant consents to this removal.

10. Defendant was served with summons in this action on October 17, 2018. This removal is timely filed within the time frames required by 28 U.S.C. §1446. Exhibit D.

## **LIST OF COUNSEL**

Attorneys for Plaintiff:

Geoffrey G. Grivner (#4711)
Buchanan Ingersoll & Rooney PC
919 North Market Street, Suite 1500
Wilmington, DE 19801
Tel 302.552.4207 | Fax 302.552.4295
Email: geoffrey.grivner@bipc.com

Attorneys for Defendant:

Thad J. Bracegirdle (#3691)
Andrea S. Brooks (#5064)
WILKS, LUKOFF & BRACEGIRDLE, LLC
4250 Lancaster Pike, Suite 200
Wilmington, Delaware 19805
Telephone: (302) 225-0850
Email: tbracegirdle@wlblaw.com
Email: abrooks@wlblaw.com

## **DOCKET SHEET**

11. Legacy has attached the docket sheet for the State Lawsuit.

## **INDEX OF FILINGS**

12. The following filings in the state court case are attached as exhibits:

    A.    Plaintiff's Original Petition;

    B.    Affidavit Louis M. Girard; and

    C.    Civil Docket Sheet

    D.    Return of Service

## **CONCLUSION**

For these reasons, TFII Legacy, LLC asks the court to remove state court Cause No. 2018-0737, styled *Lummus Corporation v. TFII Legacy, LLC* to the United States District Court for the United States District Courts of Delaware.

Respectfully submitted,

Dated: November 6, 2018    WILKS, LUKOFF & BRACEGIRDLE, LLC

    */s/ Andrea S. Brooks*
Thad J. Bracegirdle (DE Bar No. 3691)
Andrea S. Brooks (DE Bar No. 5064)
4250 Lancaster Pike, Suite 200
Wilmington, Delaware 19805
Telephone: (302) 225-0850
Email: tbracegirdle@wlblaw.com
Email: abrooks@wlblaw.com

**JOYCE + MCFARLAND LLP**

  */s/ John H. McFarland*
John H. McFarland
(Texas State Bar No. 00794270)
712 Main Street, Suite 1500
Houston, Texas 77002
Telephone:  (713)222-1112
Email: jmcfarland@jmlawyers.com

*Attorneys for Defendants TFII Legacy, LLC f/k/a Carter Control Systems, L.L.C.*