# **EXHBIT B**

## AFFIDAVIT OF LOUIS M. GIRARD

BEFORE ME, the undersigned authority, personally appeared Louis M. Girard, who being duly sworn by me, deposed on his oath as follows:

1. My name is Louis M. Girard. I am over 18 years of age, have never been convicted of a felony or a crime of moral turpitude, am of sound mind and fully competent to make this Affidavit. I have personal knowledge of the facts stated as the general partner of Tulcan Fund, II, L.P., and they are true and correct.

2. TFII Legacy, LLC f/k/a Carter Control Systems, L.L.C. has only two members, neither of whom reside in Delaware or Georgia, or are citizens of Delaware or Georgia.

3. I am the sole general partner of Tulcan Fund II, L.P., the entity member of TFII Legacy, LLC. I reside in Texas and am a citizen of Texas. None of the other partners in Tulcan Fund II, L.P. reside in Delaware or are citizens of Delaware. None of the other partners in Tulcan Fund II, L.P. reside in Georgia or are citizens of Georgia.

FURTHER AFFIANT SAYETH NOT.

_____
Louis M. Girard

SUBSCRIBED and SWORN TO BEFORE ME, the undersigned authority, on this the 5th day of November, 2018.

_____
NOTARY PUBLIC IN AND FOR
THE STATE OF TEXAS

DEBORAH MUNRO
ID #2187056
My Commission Expires
February 10, 2020