# EXHBIT C

**LexisNexis® CourtLink®**

Switch Client | My Briefcase | Order Runner Documents | Lexis Advance | Sign Out
Welcome, R McNew

**Single Search - with Terms and Connectors**

Enter keywords - Search multiple dockets & documents    Search   Info

My CourtLink | Search | Dockets & Documents | Track | Alert | Strategic Profiles | Breaking Complaints | My Account | Court Info

Search > Docket Search > Lummus Corporation v. TFII Legacy, LLC f/k/a Carter Control Systems, L.L.C.

New Docket Search    Search in Same Court

**Docket Tools**

| Get Updated Docket | Track Docket Activity | Search for Similar | Set Alert for Similar Dockets |
|---|---|---|---|
| This docket was last updated by the court on 10/17/2018 | CourtLink can alert you when there is new activity in this case | Start a new search based on the characteristics of this case | CourtLink alerts you when there are new cases that match characteristics of this case |

[Add to My Briefcase]
[Email this Docket]
[Printer Friendly Format]

Order Runner Documents from our nationwide Document Retrieval Service.
- Or - Call 1.866.540.8818.

Additional resources for cases like this may be found in our LexisNexis Practice Area communities.

**Docket**

Lexis® Web Search is enabled on this docket

### Delaware Court of Chancery

DE Court of Chancery - Statewide
(Statewide)

### 2018-0737-MTZ

### Lummus Corporation v. TFII Legacy, LLC f/k/a Carter Control Systems, L.L.C.

The case was last updated by the court on Wednesday, October 17, 2018

**Header**

| | |
|---:|:---|
| Case Number: | 2018-0737-MTZ |
| Date Filed: | 10/12/2018 |
| Date Full Case Retrieved: | 10/17/2018 |
| Status: | Open |
| Misc: | (307) Civil Action; Civil |

[Summary][Associated Case][Participants][Additional Counsel][Proceedings][Schedule]

**Summary**

| | |
|---:|:---|
| Judge: | Morgan Zurn |
| Case Type: | Civil |
| File & Serve #: | 2018-0737-MTZ |

Back to Top

**Associated Case**

No Information is Available for this case

Back to Top

**Participants**

| Litigants | Attorneys |
|---|---|
| Lummus Corporation<br>Plaintiff | Grivner, Geoffrey<br>geoffrey.grivner(at)bipc.com<br>Buchanan Ingersoll & Rooney PC-Wilmington<br>301 Grant St 20th Fl Library<br>Pittsburgh, PA 15219-<br>Phone: 3025524200<br>Fax: 3025524295<br>Bar Number: 4711 DE |
| TFII Legacy, LLC f/k/a Carter Control Systems, L.L.C.<br>Defendant | |
| New Castle County, Sheriff<br>Sheriff | Sheriff New Castle County<br>Phone: 302-395-8457<br>Fax: 302-395-8460 |

-----Unassociated Attorneys-----

Dye, Annette
annette.dye(at)bipc.com
Buchanan Ingersoll & Rooney PC-Wilmington
301 Grant St 20th Fl Library
Pittsburgh, PA 15219-
Phone: 302-552-4210
Fax: 3025524295

[Back to Top]

### Additional Counsel

No Information is Available for this case

[Back to Top]

### Schedule

No Information is Available for this case

[Back to Top]

**Documents**

[Retrieve Document(s)]

Items 1 to 19 of 19

| Availability | # | Date | Details |
|---|---|---|---|
| Runner | 1 | 10/12/2018 | Verified Complaint For Declaratory Judgment And Breach of Stock Purchase Agreement |
| Runner | 2 | 10/12/2018 | Exhibit A to Verified Complaint |
| Runner | 3 | 10/12/2018 | Exhibit B to Verified Complaint |
| Runner | 4 | 10/12/2018 | Exhibit C to Verified Complaint |
| Runner | 5 | 10/12/2018 | Exhibit D to Verified Complaint |
| Online | 6 | 10/12/2018 | Exhibit E to Verified Complaint |
| Runner | 7 | 10/12/2018 | Exhibit F to Verified Complaint |
| Runner | 8 | 10/12/2018 | Exhibit G to Verified Complaint |
| Runner | 9 | 10/12/2018 | Exhibit H to Verified Complaint |
| Runner | 10 | 10/12/2018 | Exhibit I to Verified Complaint |
| Runner | 11 | 10/12/2018 | Exhibit J to Verified Complaint |
| Runner | 12 | 10/12/2018 | Exhibit K to Verified Complaint |
| Online | 13 | 10/12/2018 | Verification to Verified Complaint of Ben Hinnen |
| Online | 14 | 10/12/2018 | Supplemental Information Sheet And Statement of Good Cause to Verified Complaint |
| Online | 15 | 10/12/2018 | Certification Pursuant to Rule 5.1 to Verified Complaint |
| Online | 16 | 10/12/2018 | Summons Instruction Letter to Court |
| Online | 17 | 10/17/2018 | Issued (1) summons 10.17.18 to special process server (1 copy) |
| Online | 18 | 10/17/2018 | Redacted Public Version of Verified Complaint For Declaratory Judgment And Breach of Stock Purchase Agreement With Certificate of Service |
| Online | 19 | 10/17/2018 | RETURN OF SERVICE FOR SUMMONS DIRECTED TO TFII LEGACY, LLC fka CARTER CONTROL SYSTEMS, LLC SERVICE MADE OCTOBER 17, 2018. |

Items 1 to 19 of 19

[Retrieve Document(s)]

[New Docket Search]  [Search in Same Court]

LexisNexis® | About LexisNexis | Terms & Conditions | Pricing | Privacy | Customer Support - 1-888-311-1966 | Copyright © 2018 LexisNexis®. All rights reserved.