# EXHIBIT D



EFiled:  Oct 17 2018 04:38PM EDT
Transaction ID 62570984
Case No. 2018-0737-MTZ

## IN THE COURT OF CHANCERY OF THE STATE OF DELAWARE

ORIGINAL

| | |
|---|---|
| LUMMUS CORPORATION, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) C.A. No. 2018-0737-MTZ |
| TFII LEGACY, LLC f/k/a CARTER CONTROL SYSTEMS, L.L.C., | ) SUMMONS |
| Defendant. | ) ) ) |

**THE STATE OF DELAWARE**

**TO:    SPECIAL PROCESS SERVERS – Brandywine Process Servers:**

**YOU ARE COMMANDED**:

To summon the above named defendants so that, within 20 days after service hereof upon defendants, exclusive of the day of service, defendants shall serve upon <u>Geoffrey G. Grivner</u>, Esquire, Plaintiff's counsel, whose address is <u>Buchanan Ingersoll & Rooney PC, 919 N. Market Street, Suite 1500, Wilmington, Delaware 19801</u>, an answer to the verified complaint.

To serve upon defendants a copy hereof and of the complaint.

TO THE ABOVE NAMED DEFENDANTS:

In case of your failure, within 20 days after service hereof upon you, exclusive of the day of service, to serve on plaintiff's attorney named above an answer to the complaint, judgment by default will be rendered against you for the relief demanded in the complaint.

Dated:       October 17, 2018

_____
Register in Chancery

C.A. # 2018-0737-MTZ

LUMMUS CORPORATION,

Plaintiff,

v.

TFII LEGACY, LLC f/k/a CARTER CONTROL SYSTEMS, L.L.C.,

Defendant.

**SUMMONS**

Please effectuate service upon:

1.      TFII Legacy, LLC

        c/o The Corporation Trust Company
        Corporation Trust Center
        1209 Orange Street
        Wilmington, DE 19801

Pursuant to 10 <u>Del.C.</u> Sec. 3111

SERVICE TO BE COMPLETED BY SPECIAL PROCESS SERVER –
Brandywine Process Servers

<u>Geoffrey G. Grivner, Esquire</u>
Plaintiff's Attorney

# *RETURN OF SERVICE*

### IN THE COURT OF CHANCERY OF THE STATE OF DELAWARE

**CASE NO:**      2018-0737-MTZ

**SERVED:**      TFII LEGACY, LLC f/k/a CARTER CONTROL SYSTEMS, L.L.C.

**DOCUMENT:**   SUMMONS & VERIFIED COMPLAINT FOR DECLARATORY JUDGMENT AND BREACH OF STOCK PURCHASE AGREEMENT (FILED UNDER SEAL) WITH EXHIBITS

**ADDRESS:**   C/O THE CORPORATION TRUST CO. 1209 ORANGE STREET WILMINGTON, DE 19801

**DATE:**   10/17/18

## MANNER OF SERVICE

☒   **PERSONAL:**      ACCEPTED BY:   AMY MCLAREN (authorized person at the registered agent)

☐   **SUBSTITUTE:**

☐   **NO SERVICE:**

_____
DENORRIS BRITT

BRANDYWINE PROCESS SERVERS, LTD
PO BOX 1360
WILMINGTON DE 19899
302-475-2600

SWORN TO BEFORE ME ON   10/17/18

_____
NOTARY PUBLIC

KEVIN DUNN
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires September 14, 2020

*BRANDYWINE PROCESS SERVERS, LTD  PO BOX  1360  WILMINGTON, DE 19899*