# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LUMMUS CORPORATION, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civ. No. 18-1745-CFC-SRF ) |
| TFII LEGACY, LLC, | ) ) ) |
| Defendant. | ) |

## **ORDER**

At Wilmington this 7th day of January, 2020, having considered the Report and Recommendation issued by United States Magistrate Judge Sherry R. Fallon on December 19, 2019, and upon the expiration of the time allowed for objections pursuant to Rule 72 of the Federal Rules of Civil Procedure with no objections having been filed;

IT IS ORDERED that:

1. Magistrate Judge Fallon's Report and Recommendation (D.I. 64) is adopted.

2. Plaintiff's original and renewed motions for judgment on the pleadings (D.I. 32, D.I. 59) are denied.

_____
United States District Judge