# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| Lummus Corporation, | : | |
| Plaintiff, | : | C.A. No. 18-1745-CFC |
| v. | : | |
| TFII Legacy, LLC f/k/a Carter Control Systems, L.L.C., | : | |
| Defendant. | : | |

## STIPULATION OF DISMISSAL

**IT IS HEREBY STIPULATED AND AGREED**, by the parties hereto, through their undersigned counsel, to the dismissal of this action, and all claims and counterclaims they have brought against each other, WITH PREJUDICE, with each party to bear its own attorney's fees and costs.

| **BUCHANAN INGERSOLL & ROONEY PC** | **WILKS, LUKOFF & BRACEGIRDLE, LLC** |
|---|---|
| */s/ Geoffrey G. Grivner* | */s/ Andrea Brooks* |
| Geoffrey G. Grivner (#4711) | Thad J. Bracegirdle (#3691) |
| 919 North Market Street, Suite 990 | Andrea S. Brooks (#5064) |
| Wilmington, Delaware 19801 | 4250 Lancaster Pike, Suite 200 |
| Te1ephone: (302) 552-4207 | Wilmington, Delaware 19805 |
| Email: geoffrey.grivner@bipc.com | Te1ephone: (302) 225-0850 |
| | Email: tbracegirdle@wlblaw.com |
| | abrooks@wlblaw.com |
| *Attorneys for Plaintiff / Counterclaim Defendant* | *Attorneys for Defendant / Counterclaim Plaintiff* |

DATED: March 6, 2020

IT IS SO ORDERED this _____ day of March, 2020.

                                                                                     _____
                                                                                      The Honorable Colm F. Connolly